IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
MAY 08 2025
JEFFREY P. COLWELL
CLERK

Civil Action No. _____
(To be supplied by the court)

Kameron L. Williams, Plaintiff

v.

Colorado Department of Corrections

SGT. WAGNER "Sergeant"

Athena Kissell,

_____, Defendant(s).

**Jury Trial requested:**
(please check one)
___ Yes ✓ No

(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)

**PRISONER COMPLAINT**

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Kameron L. Williams 202497 P.O. Box 6000 Sterling
(Name, prisoner identification number, and complete mailing address)

Colorado 80751  Kameron Lawrence
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

____  Pretrial detainee
____  Civilly committed detainee
____  Immigration detainee
✓    Convicted and sentenced state prisoner
____  Convicted and sentenced federal prisoner
____  Other: (*Please explain*) _____

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:  Colorado Department of Corrections
(Name, job title, and complete mailing address)

Correctional facility 1250 Academy Park loop Colo SPGS CO 80910

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

"Correctional facility" in Colorado

Defendant 1 is being sued in his/her ___ individual and/or ✓ official capacity.

2

Defendant 2: "Sergeant" SGT. Wagner Sergeant
(Name, job title, and complete mailing address)

12101 County RD 61 Sterling CO 80751

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

SGT. Wagner was on Paid time by the State

Defendant 2 is being sued in his/her ___ individual and/or ✓ official capacity.

Defendant 3: Athena Kissell officer
(Name, job title, and complete mailing address)

12101 County RD 61 Sterling Co 80751

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ✓ Yes ___ No (*check one*). Briefly explain:

Athena Kissell was on Paid time by the State

Defendant 3 is being sued in his/her ___ individual and/or ✓ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

✓ State/Local Official (42 U.S.C. § 1983)

___ Federal Official
   As to the federal official, are you seeking:
   ___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)
   ___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

___ Other: (*please identify*) _____

3

### D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: __Theft_____ __Additional Paper Attached__

  Claim one is asserted against these Defendant(s):


  Supporting facts: Colorado Department of Corrections is Taking 20% of the money my family puts on my books and is Making payments towards my restitution I never agreed to this nor was that apart of my sentence. It's my free will to pay restitution Colorado Department of Corrections can't force me to pay fines like their doing now. On 2/19/25 Laundry officer Melissa Peck took $68.44 off my inmate account after I refused to sign and authorize this money being taken off my books. LT. Stein brought my laundry from another unit on the opposite side of the prison that I never had access to almost All my clothes were missing. This was a error on laundry and I was charged for new clothes. Colorado Department of Corrections without my permission allowed Medical to charge me on 1/23/25 & 2/11/25 co-pays totaling $6.00 for a missed Medical Appointments It's not my responsibility to cover my Medical expenses I went to the whole and my legal paperwork was thrown away I've lost 2 lawsuits now because they threw my stuff "legal paperwork" away.

4

D. Statement of Claims

Claim 2: Inmate abuse, On multiple diffrent days Consistantly for the past 3 to 4 months SGT. Wagner has threatned me with write-ups so I can be kicked out of my unit and go to a more Dangerous prison yard. On or about 4-7-2025 SGT. WAGNER, officer Kissell and officer Brinkopf performed a cell insepection on my cell they than lied to Shift Command and said I had a Altered Razor blade in my cell. I was placed in the whole and pending investigation that's now over plain and simple they lied. I was placed in the whole for a class 1 dangerous contraband I called 1-877-DOC-TIPS and made complaints when given the write up the class 1 wasn't on there. I told SGT. WAGNER officer Kissell makes me uncomfortable she said I am a bunch of Drame and never investigated my claim. After I spoke to Mental Health peer Assistance he reported my feelings and then everything about the whole and razor blade happened. When your written up here the officer is automatically right I've been forced to plead gulty to write ups so I don't get my phone taken away for long periods of time. Officers lie on reports and the hearing officers call it a clerical error.

D. Statement of Claims

Claim 3: Harassment, Athena Kissell is targeting me yes she is supposed to do cell inspections. The officers normally pick different ones Kissell shakes me down every month and says a toilet paper core is a pipe or I have some type of drug or utinsil to use drugs. She wrote me up for theft saying I stole cheese from the kitchen and I got charged almost $400. She wasn't a kitchen officer that day or anything I had to eat the write up because of how corupt it is here. SGT. WAGNER & officer Kissell told me I don't belong in my unit which is made for transgender inmates. My apperance is a little rough they told me go be a gay boy I would have more fun in a unit with a bunch of Dudes and they don't like the transgender population here and there gonna do what ever it takes to get me kicked outta here. SGT WAGNER told me on 5/1/25 she's gonna get me sent to a higher yard I have a red light on me and she's gonna write me up for any and everything officer NiTi was sitting right there when she said it. Between 4-10-25 and 4-17-25 SGT Barns told me I'm being "tracked" I was in another unit so was another offender from my unit only I was taken to the whole the other offender walked free. I was looking to get SGT Barns name off his shirt he told me if I turn around again were gonna have a problem.

D. Statement of claims!

Claim 4. Mental Anguish - Officer Tana Gallegos wrote me up on 1/10/2025 I told her inmate Harris put some kinda smoking thing "Device" in my cell she shook my cell down and wrote me up. Officer Haight in March wrote me up for cell visiting after hours their were other offenders in my write up but they were not written up. Officer Haight negative chroned me for using the bathroom in B-wing which is allowed. SGT. WAGNER with her threats towards me and her inapropriate comments. Officer Kissell with her lying and targeting and negative comments. SGT. Barns for only taking me to the whole and not the other offender whom was with me and threatning me with physical violence. Officer Brinkopf for not speaking up. Melissa Peck in laundry taking my money. LT. AYALA for not speaking up saying this is wrong he escorted me to the whole on 4-7-25 he knew that wasn't a Razor Blade. All of these officers actions caused me to attempt suicide and go on suicide watch on 4-16-25 - 4-17-25 I have a safety plan with Mental Health and meet with them regularly now All the Abuse, Harrasment, Discrimination Theft from these officers almost cost my life. Moving forward I now suffer a mental health decline. Now I move about Paranoid Now I know how it feels to tie a rope around your neck and try to kill yourself because of power hungry people.

D. Statement of Claims

Claim 5: Discrimination - on 4-16-25 I was speaking with Mental Health "Padia" Padeea while on Suicide watch. L.T. Reeves kept calling me He/Him I go by She/Her Mental Health "Padia" Padeea corrected him multiple times and he said he'll call me williams but I'm a He/Him. SGT Barns only took me to the whole on 4-16-25 for being in another unit but not the offender whom was with me he let her go. Multiple diffrent officers pick on me regarding my apperance and the fact I'm transgender. They write me up for small things but the offenders with me doing the same action they walk free. SGT. WAGNER, SGT. Barns both told me I'm the target. I'm Black and everyone else is White or Mexican or Hispanic.

Claim 6: Crimes against the disable - I am Skisphrenic and take Medication I'm competent but I still have a disability I am a At Risk Adult and the staff here is bullying me and caused me to Attempt Suicide. This fecility warden or someone was under investigation at the time of my Parole I am a perfect candidate I've done more than 50% of my time I'm non-violent and I was denied. Colorado Department of Corrections is duying Parole to collect Money for inmates. Sterling's Parole rate is low.

### E. PREVIOUS LAWSUITS

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? ✓ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): Carmax    Additional Paper

Docket number and court: 25cv116 District   El Paso CO

Claims raised: Breach of contract Slander

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) Still fighting

Reasons for dismissal, if dismissed: _____

Result on appeal, if appealed: _____

### F. ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

✓ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

✓ Yes ___ No (*check one*)

E. Previous lawsuits

    defendant - Red Nolan Cadillac

    Docket #    25CV115 District el Paso CO

    Claim    Breach of contract, slander

    Disposition    Dismissed

    Reason    Same Judge whom sent me to prison was the same Judge on the civil matter he said I didn't respond when I did they didn't confer with me prior to their motion to dismiss

    Appealed    - working on it

### G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

Make Colorado Department of corrections Pay Me $20,000,000.00 twenty Million dollars in damages
Release Me on Parole
Stop taking 20% of My Money for fines
Investigate the officers listed in my claims
Throw all My write ups out and Drop my Points back down to Mininum Restriction how they were and take my override to Medium Custody off My warrant in another state isif extraditeable

### H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

_____
(Plaintiff's signature)

5/2/2025
(Date)

(Revised November 2022)

6